Patrick H. Dwyer, SBN 137743
**LAW OFFICE OF PATRICK H. DWYER**
P.O. Box 1705
Penn Valley, CA 95946
TEL: 530.432.5407
FAX: 530.432.9122
pdwyer@pdwyerlaw.com
Attorney for Plaintiff CHRISTOPHER HOWIE

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
cfessenden@porterscott.com
Attorneys for Defendants NEVADA COUNTY CALIFORNIA,
SHERIFF KEITH ROYAL, and DEPUTY JENNIFER McCORMACK

Jerome M. Varanini, SBN 58531
**LAW OFFICE OF JEROME M. VARANINI**
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.993-4868
FAX: 916.993.6750
jvaranini@tsvlaw.com
Attorneys for Defendants CORRECTIONAL MEDICAL GROUP, JORDAN DEAN, and LAURIE ADAMS

Jesse M. Rivera SBN 084259
**RIVERA & ASSOCIATES**
1425 River Park Drive #250
Sacramento, Ca 95815
(916) 922-1200
(916) 922-1303 fax
jesse@jmr-law.net
Attorney for Defendant ADAM GRIZZELL

Andrew T. Caulfield SBN 238300
**CAULFIELD LAW FIRM**
1101 Investment Blvd. #120
El Dorado Hills, CA 95762
Telephone: (916) 933-3200
andrew@caulfieldlawfirm.com
Attorney for Defendant JOHN HERERRA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOSHUA HOWIE, an individual,<br><br>            Plaintiff,<br>v.<br><br>NEVADA COUNTY, et al.<br><br>            Defendants.<br>_____/ | CASE NO. 2:18-cv-03146 JAM-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING EARLY SETTLEMENT CONFERENCE DATE AND STAY OF DISCOVERY AND RESPONSIVE PLEADINGS**<br><br>Complaint Filed: 11/30/2018 |

{01983112.DOCX}                                    1
**STIPULATION AND [PROPOSED] ORDER REQUESTING EARLY SETTLEMENT CONFERENCE DATE AND STAY OF DISCOVERY AND RESPONSIVE PLEADINGS**

The parties have met and conferred and have agreed to participate in an early Settlement Conference with Magistrate Judge Kendall J. Newman presiding.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their counsel of record:

1. That this matter be referred to Magistrate Judge Kendall J. Newman for a Settlement Conference on June 3, 2019, at 9:00 a.m.;

2. All discovery obligations including Rule 26 disclosures are stayed until 20 days after the completion of the Settlement Conference; and

3. Responsive pleadings shall be due 20 days after completion of the settlement conference.

**IT IS SO STIPULATED.**

Dated: 03/20/2019         LAW OFFICE OF PATRICK H. DWYER

                          By: Patrick H. Dwyer (authorized 03/20/2019)
                              Patrick H. Dwyer
                              Attorney for Plaintiff CHRISTOPHER HOWIE

Dated: 03/20/2019         PORTER SCOTT
                          A PROFESSIONAL CORPORATION

                          By: Carl L. Fessenden
                              Carl L. Fessenden
                              Attorneys for Defendants NEVADA COUNTY
                              CALIFORNIA; SHERIFF KEITH ROYAL; and
                              DEPUTY JENNIFER McCORMACK

Dated: 03/20/2019         LAW OFFICE OF JEROME M. VARANINI

                          By: Jerome M. Varanini (authorized 03/20/2019)
                              Jerome M. Varanini
                              Attorneys for Defendants CORRECTIONAL
                              MEDICAL GROUP COMPANIES, INC.; and
                              JORDAN DEAN and LAURIE ADAMS

| | |
|---|---|
| Dated: 03/20/2019 | RIVERA AND ASSOCIATES |
| | By: <u>Jesse M. Rivera (authorized 03/20/2019)</u><br>    Jesse M. Rivera<br>    Attorney for Defendant ADAM GRIZELL |
| Dated: 03/20/2019 | CAULFIELD LAW FIRM |
| | By: <u>Andrew T. Caulfield (authorized 03/20/2019)</u><br>    Andrew T. Caulfield<br>    Attorney for Defendant JOHN HERRERA |

## [PROPOSED] ORDER

The Court, having reviewed and considered the Parties' Stipulation for an early Settlement Conference and finding good cause therefore, hereby approves:

1. That this matter be referred to Magistrate Judge Kendall J. Newman for a Settlement Conference on June 3, 2019, at 9:00 a.m., in Courtroom 25.

2. All discovery obligations including Rule 26 disclosures are stayed until 20 days after the completion of the Settlement Conference; and

3. Responsive pleadings shall be due 20 days after completion of the settlement conference.

**IT IS SO ORDERED.**

Dated:_____            _____

                                Judge, U.S.D.C. - Eastern District of CA

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706