Patrick H. Dwyer, SBN 137743
**LAW OFFICE OF PATRICK H. DWYER**
P.O. Box 1705
Penn Valley, CA 95946
TEL: 530.432.5407
FAX: 530.432.9122
pdwyer@pdwyerlaw.com
Attorney for Plaintiff CHRISTOPHER HOWIE

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
cfessenden@porterscott.com
Attorneys for Defendants NEVADA COUNTY CALIFORNIA,
SHERIFF KEITH ROYAL, and DEPUTY JENNIFER McCORMACK

Jerome M. Varanini, SBN 58531
**LAW OFFICE OF JEROME M. VARANINI**
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.993-4868
FAX: 916.993.6750
jvaranini@tsvlaw.com
Attorneys for Defendants CORRECTIONAL MEDICAL GROUP, JORDAN DEAN, and LAURIE ADAMS

Jesse M. Rivera SBN 084259
**RIVERA & ASSOCIATES**
1425 River Park Drive #250
Sacramento, Ca 95815
(916) 922-1200
(916) 922-1303 fax
jesse@jmr-law.net
Attorney for Defendant ADAM GRIZZELL

Andrew T. Caulfield SBN 238300
**CAULFIELD LAW FIRM**
1101 Investment Blvd. #120
El Dorado Hills, CA 95762
Telephone: (916) 933-3200
andrew@caulfieldlawfirm.com
Attorney for Defendant JOHN HERERRA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOSHUA HOWIE, an individual,<br><br>Plaintiff,<br>v.<br><br>NEVADA COUNTY, et al.<br><br>Defendants.<br>_____/ | CASE NO. 2:18-cv-03146 JAM-KJN<br><br>**STIPULATION AND ORDER REQUESTING EARLY SETTLEMENT CONFERENCE DATE AND STAY OF DISCOVERY AND RESPONSIVE PLEADINGS**<br><br>Complaint Filed: 11/30/2018 |

{01983112.DOCX}  1
**STIPULATION AND [PROPOSED] ORDER REQUESTING EARLY SETTLEMENT CONFERENCE DATE AND STAY OF DISCOVERY AND RESPONSIVE PLEADINGS**

The parties have met and conferred and have agreed to participate in an early Settlement Conference with Magistrate Judge Kendall J. Newman presiding.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their counsel of record:

1. That this matter be referred to Magistrate Judge Kendall J. Newman for a Settlement Conference on June 3, 2019, at 9:00 a.m.;

2. All discovery obligations including Rule 26 disclosures are stayed until 20 days after the completion of the Settlement Conference; and

3. Responsive pleadings shall be due 20 days after completion of the settlement conference.

**IT IS SO STIPULATED.**

Dated: 03/20/2019  LAW OFFICE OF PATRICK H. DWYER

By: Patrick H. Dwyer (authorized 03/20/2019)
    Patrick H. Dwyer
    Attorney for Plaintiff CHRISTOPHER HOWIE

Dated: 03/20/2019  PORTER SCOTT
                   A PROFESSIONAL CORPORATION

By: Carl L. Fessenden
    Carl L. Fessenden
    Attorneys for Defendants NEVADA COUNTY
    CALIFORNIA; SHERIFF KEITH ROYAL; and
    DEPUTY JENNIFER McCORMACK

Dated: 03/20/2019  LAW OFFICE OF JEROME M. VARANINI

By: Jerome M. Varanini (authorized 03/20/2019)
    Jerome M. Varanini
    Attorneys for Defendants CORRECTIONAL
    MEDICAL GROUP COMPANIES, INC.; and
    JORDAN DEAN and LAURIE ADAMS

Dated: 03/20/2019                    RIVERA AND ASSOCIATES

                                     By: <u>Jesse M. Rivera (authorized 03/20/2019)</u>
                                         Jesse M. Rivera
                                         Attorney for Defendant ADAM GRIZELL

Dated: 03/20/2019                    CAULFIELD LAW FIRM

                                     By: <u>Andrew T. Caulfield (authorized 03/20/2019)</u>
                                         Andrew T. Caulfield
                                         Attorney for Defendant JOHN HERRERA

## ORDER

The Court, having reviewed and considered the Parties' Stipulation for an early Settlement Conference and finding good cause therefore, hereby approves:

1. That this matter be referred to Magistrate Judge Kendall J. Newman for a Settlement Conference on June 3, 2019, at 9:00 a.m., in Courtroom 25.

2. All discovery obligations including Rule 26 disclosures are stayed until 20 days after the completion of the Settlement Conference; and

3. Responsive pleadings shall be due 20 days after completion of the settlement conference.

**IT IS SO ORDERED.**

Dated: 3/21/2019                     <u>/s/ John A. Mendez</u>
                                     Judge, U.S.D.C. - Eastern District of CA