UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOSHUA HOWIE,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA COUNTY, et al.,<br><br>Defendants. | No. 2:18-cv-03146-JAM-KJN<br><br><br>ORDER |

An informal telephonic conference was held on May 6, 2019, at 2:00 p.m., before the undersigned. Appearing telephonically were Patrick Dwyer on behalf of plaintiff; John Whitefleet on behalf of defendants Nevada County, Nevada County Sheriff's Department, Keith Royal, and Jennifer McCormack; Jonathan Paul on behalf of defendant Adam Grizzell; Jerome Varanini on behalf of defendants Correctional Medical Group Companies, Inc., Jordan Dean, and Laurie Adams; Jemma Parker Saunders on behalf of defendant Jessica Limme; and Andrew Caulfield on behalf of defendant John Hererra. After considering the parties' representations and oral arguments during the conference, the court finds as follows.

IT IS HEREBY ORDERED that:

1. The deposition of Paul R. Gregory, M.D. shall take place as previously noticed, in Carmichael, California on May 13, 2019, at 3:00 p.m., for one hour.
2. The deposition shall be for informational purposes only, in further of settlement. The

1

deposition shall not be used for any future evidentiary purposes, including impeachment. If the case does not settle, Dr. Gregory may be deposed again as part of the parties' formal discovery efforts.

3. The parties shall share the costs of Dr. Gregory's May 13, 2019 deposition, with plaintiff to pay one-half and defendants collectively to pay one-half.

IT IS SO ORDERED.

Dated: May 7, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE