**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Megan E. Nevin, SBN 304122
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants NEVADA COUNTY CALIFORNIA
SHERIFF KEITH ROYAL and DEPUTY JENNIFER McCORMACK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOSHUA HOWIE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA COUNTY, CALIFORNIA, a county government and operator of the Nevada County Sheriff's Department; and the following persons both as individuals and in their capacity as official, employees or contractors of Nevada County: SHERIFF KEITH ROYAL; DEPUTY ADAM GRIZZELL; DEPUTY JENNIFER McCORMACK; and Does 1 - 25; and CORRECTIONAL MEDICAL GROUP COMPANIES, INC.; and ANDREA BOUCHER; JESSICA LIMME; JORDAN DEAN; LAURIE ADAMS; and Does 26 - 30; and OFFICER JOHN HERERRA of the Grass Valley Police Department, City of Grass Valley, and Does 31 - 40, | CASE NO. 2:18-cv-03146 JAM-KJN<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER**<br><br>Complaint Filed: 11/30/2018 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the terms of the parties' Settlement Agreement, Plaintiff CHRISTOPHER JOSHUA HOWIE and Defendants NEVADA COUNTY, CALIFORNIA; SHERIFF KEITH ROYAL; DEPUTY ADAM GRIZZELL; DEPUTY JENNIFER McCORMACK; CORRECTIONAL MEDICAL GROUP COMPANIES, INC.;

{02066433.DOCX}  1
**STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER**

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

JESSICA LIMME; and OFFICER JOHN HERERRA stipulate to the dismissal of this entire action, with prejudice. Each party shall bear their own attorneys' fees and costs. Notwithstanding the dismissal with prejudice, the Court shall retain jurisdiction to enforce the Settlement Agreement until January 31, 2020. If Plaintiff files a Motion to Enforce on or before that date, the Court shall have jurisdiction until such Motion is decided.

**IT IS SO STIPULATED.**

Dated: August 21, 2019     By: /s/Patrick H. Dwyer (authorized 08/19/19)
                               Patrick H. Dwyer, Attorney for Plaintiff
                               Christopher Joshua Howie

Dated: August 21, 2019     By: /s/Carl L. Fessenden
                               Carl L. Fessenden
                               Attorney for Defendants NEVADA
                               COUNTY, SHERIFF KEITH ROYAL, and
                               DEPUTY JENNIFER McCORMACK

Dated: August 21, 2019     By: /s/Jonathan B. Paul (authorized 08/21/19)
                               Jonathan B. Paul
                               Attorney for Defendant DEPUTY ADAM
                               GRIZZELL

Dated: August 21, 2019     By: /s/Andrew T. Caulfield (authorized 08/20/19)
                               Andrew T. Caulfield
                               Attorney for Defendant JOHN HERRERA

Dated: August 21, 2019     By: /s/Jemma Parker Saunders (authorized 08/20/19)
                               Jemma Parker Saunders
                               Attorney for Defendant JESSICA LIMME

Dated: August 21, 2019     By: /s/Jerome Varanini (authorized 08/20/19)
                               Jerome Varanini
                               Attorney for Defendant WELL PATH
                               MANAGEMENT GROUP, INC. (formerly
                               known as Correctional Medical Group
                               Companies, Inc.) and "CFMG"

{02066433.DOCX}                         2
**STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE;
[PROPOSED] ORDER**

**\*\*ECF ATTESTATION**

I, Carl Fessenden, am the ECF User whose ID and password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatories.

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** This action is dismissed with prejudice pursuant to the terms set forth in the stipulation of the parties.

DATED: August 21, 2019 /s/ John A. Mendez
The Hon. John A. Mendez
Judge, U.S.D.C. - Eastern District

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706